**In re David M. PROKOP.**

No. 2014–1423.

United States Court of Appeals,
Federal Circuit.

Jan. 12, 2015.

Kevin A. Zeck, Perkins Coie LLP, of Seattle, WA, argued for appellant. With him on the brief was Ramsey M. Al-Salam.

Mary L. Kelly, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With her on the brief were Nathan K. Kelley, Solicitor, Thomas W. Krause, Deputy Solicitor, and Farheena Y. Rasheed, Associate Solicitor.

WALLACH, TARANTO, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**